IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:25CR65 |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGORY STEVENSON and SHAWN REESE | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Gregory Stevenson unopposed Motion to Continue Trial [69]. Counsel needs additional time to negotiate an agreement and prepare for trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [69] is granted, as follows:

1. The jury trial, **for both defendants**, now set for October 21, 2025, is continued to **December 16, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 16, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The defendant, Gregory Stevenson's, Unopposed Motion to Continue Trial [68] is denied as moot.

4. No further extensions will be granted absent a request for hearing with the assigned Magistrate Judge.

**DATED: October 3, 2025.**

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**