**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:25CR65** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **GREGORY F. STEVENSON,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

On February 3, 2026, a telephonic status hearing was held regarding defendant Gregory F. Stevenson's Motion to Continue Trial/Request for Status Conference [95]. Kimberly C. Bunjer appeared for the government and Glenn Shapiro appeared on behalf of the defendant. For the reasons set forth on the record and for good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [95] is granted, as follows:

1. The jury trial now set for February 17, 2026, is continued to **March 17, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 17, 2026** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent a showing of exceptional good cause and a hearing with the Magistrate Judge.**

**DATED: February 3, 2026**

**BY THE COURT:**

**s/ Ryan C. Carson
United States Magistrate Judge**